LAW OFFICE OF ROSENFELT & D'AMATO
1187 Main Avenue
Clifton, New Jersey 07011
Tele: (973) 772-0426
Fax : (973) 772-2022
Attorneys for Defendant
LIRIM ISLAMI

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------:
                                     :
UNITED STATES OF AMERICA,            :   Criminal No. 06-794 (KSH)
                                     :
                 Plaintiff,          :
                                     :
    - against -                      :
                                     :   Hon. Katharine S. Hayden
ZUBER ISLAMI, MEDIN ISLAMI,          :   United States District Judge
LIRIM ISLAMI and JETON ISLAMI,       :
                                     :
                 Defendants.         :
-------------------------------------:

### ORDER TERMINATING PROBATION OF LIRIM ISLAMI

Upon the application of defendant Lirim Islami (Kenneth F. D'Amato, Esq. appearing), and in the presence of the United States Attorney (Assistant United States Attorney Grady O'Malley, appearing)*, it is hereby ORDERED that:

(1) the term of probation upon which defendant Lirim Islami was placed be and hereby is deemed to be satisfied, and the balance of the probationary term is terminated;

(2) the travel restrictions imposed upon defendant Lirim Islami be and hereby are removed.

Dated: ~~February~~ March 18, 2009

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge

*the Court having reviewed the report of USPO Denise Morales dated March 17, 2009, and good cause appearing,